UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AZAD PANJWANI and, | : | CASE NO. 15-54467-sms |
| SHAMSHIRA PANJWANI, | : | |
| Debtor. | : | |
| | : | |

MOTION TO RECONVERT

COMES NOW Azad Panjwani and Shamshira Panjwani ("Debtors"), by and through undersigned counsel, and hereby files this "Motion to Reconvert" ("Motion"). In support of the Motion, Debtors show the Court as follows:

1. On May 9, 2015, Debtors filed a petition for relief under Chapter 13 of Title 11 of the United States Code ("Bankruptcy Code") commencing bankruptcy case number 15-54467-sms ("Case"),

2. Debtors commenced this Case to resolve outstanding issues with the Internal Revenue Service and issues related to AFB&T, a division of Synovus Bank ("AFB&T").

3. On March 21, 2016, AFB&T withdraw its objection to confirmation based upon an agreement with respect to the amount of funds to be disbursed to AFB&T through the plan which was confirmed on April 6, 2016.

4. During the pendency of this case, Debtors remitted payments to the Trustee in accordance with the Plan. Debtors also remitted direct payments to the Internal Revenue Service.

5. A motion to convert was filed and an objection to the proof of claim filed by the Internal Revenue Service was filed. The motion to dismiss and claim objection were pending for quite some time.

6. On April 9, 2019, the Case was converted to Chapter 7.

7. Debtors are not eligible for a chapter 7 discharge. Debtors have minimal non-tax claims that will be paid through the prior Plan.

8. Based upon direct and plan payments made to the Internal Revenue Service, Debtors were provided information from the Internal Revenue Service indicating that all outstanding taxes have been satisfied.

9. Debtors' counsel is circulating and finalizing an order that provides that no further payments are due and owing to the Internal Revenue Service through the prior confirmed plan.

10. Debtors' seek to reconvert the case to permit the final payments to unsecured creditors including, without limitation, the agreed upon payment to AFB&T. Without conversion, Debtors will not be discharged from the outstanding unsecured obligations.

11. Debtors have retained the funds sent upon conversion and are ready, willing, and able to tender those funds to the chapter 13 Trustee and will tender necessary funds to satisfy the unsecured obligations under the previously confirmed plan.

WHEREFORE, Debtors request entry of an order granting the relief requested herein and grant such other and further relief as is deemed appropriate.

Submitted this the 4th day of June, 2019.

M. DENISE DOTSON, LLC

/s/
M. Denise Dotson
Georgia Bar No. 227230
PO Box 435
Avondale Estates, GA 30002
(404) 210-0166
denise@mddotsonlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| AZAD PANJWANI and, | : | CASE NO. 15-54467-sms |
| SHAMSHIRA PANJWANI, | : | |
|    Debtor. | : | |
| _____ | : | |

NOTICE OF HEARING

     PLEASE TAKE NOTICE that on June 4, 2019, Azad and Shamshira Panjwani ("Debtors") filed a Motion to Reconvert ("Motion") wherein, Debtors requested that their case be reconverted to a proceeding under Chapter 13.

     PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in Courtroom 1201, on July 24, 2019 2019 at 10:30 a.m., US Courthouse, Russell Federal Building, 75 Ted Turner Drive, Atlanta, Georgia 30303.

     Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response.

Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, United States Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Submitted this the 4th day of June, 2019.

                                        M. DENISE DOTSON, LLC
                                      /s/
                                      M. Denise Dotson
                                      Georgia Bar No. 227230
                                      PO Box 435
                                      Avondale Estates, GA 30002
                                      (404) 210-0166
                                      denise@mddotsonlaw.com

## CERTIFICATE OF SERVICE

I, M. Denise Dotson, certify that I caused a true and correct copy of the foregoing to be served upon the parties listed on the matrix attached thereon via first class United States mail in a properly addressed envelope with sufficient postage affixed thereto.

Submitted this 4st day of June, 2019.

                                        M. DENISE DOTSON, LLC

                                      /s/
                                      M. Denise Dotson
                                      Georgia Bar No. 227230
                                      PO Box 435
                                      Avondale Estates, GA 30002
                                      (404) 210-0166
                                      denise@mddotsonlaw.com

```
Label Matrix for local noticing          11303 Restaurant Corp                   11304 Restaurant Corp
113E-1                                   2199 Glen More Lane                     2199 Glen More Lane
Case 15-54467-sms                        Snellville, GA 30078-5611               Snellville, GA 30078-5611
Northern District of Georgia
Atlanta
Tue Jun  4 09:38:53 EDT 2019

AFB&T, a division of Synovus Bank        AFB&T, a division of Synovus Bank       Alabama Dept of Revenue
P. O. Box 1747                           c/o Thomas H. Rogers, Jr.               50 North Ripley St
Athens, GA 30603-1747                    Blasingame, Burch, Garrard & Ashley, PC Montgomery, AL 36104
                                         P. O. Box 832
                                         Athens, GA 30603-0832

Athens First Bank                        BellSouth Telecommunications, Inc.      Heather D. Bock
150 West Hancock Avenue                  % AT&T Services, Inc                    McCalla Raymer Leibert Pierce LLC
Athens, GA 30601-2726                    Karen Cavagnaro, Paralegal              1544 Old Alabama Road
                                         One AT&T Way, Room 3A104                Roswell, GA 30076-2102
                                         Bedminster, NJ 07921-2693

Capital One Visa                         CarMax Auto Finance                     CarMax Business Services LLC
PO Box 30285                             PO Box 3174                             225 Chastain Meadows Court
Salt Lake City, UT 84130-0285            Milwaukee, WI 53201-3174                Kennesaw, GA 30144-5897

Cavalry SPVI LLC assignee Capital One Bank U   Chase                             Chase Auto Finance
Bass Associates PC                       OH4-7126 Vision Drive                   PO Box 91076
3936 E Fort Lowell Road Suite 200        Columbus, OH 43219                      Fort Worth, TX 76101
Tucson, AZ 85712-1083

M. Denise Dotson                         (p)GEORGIA DEPARTMENT OF REVENUE        Gwinnett Medical
M. Denise Dotson, LLC                    COMPLIANCE DIVISION                     c/o Frost Arnett
P.O. Box 435                             ARCS BANKRUPTCY                         480 James Robertson Parkway
Avondale Estates, GA 30002-0435          1800 CENTURY BLVD NE SUITE 9100         Nashville, TN 37219-1212
                                         ATLANTA GA 30345-3202

S. Gregory Hays                          INTERNAL REVENUE SERVICE                Internal Revenue Service
Hays Financial Consulting, LLC           P O BOX 7346                            401 W Peachtree St., NW
Suite 555                                2970 MARKET STREET                      Stop 334-D Room
2964 Peachtree Road                      PHILADELPHIA, PA. 19104-5002            Atlanta, GA 30308
Atlanta, GA 30305-4909

A. Michelle Hart Ippoliti                JPMorgan Chase Bank N.A.                JPMorgan Chase Bank, National Association
McCalla Raymer Leibert Pierce, LLC       National Bankruptcy Department          Bankruptcy Department
1544 Old Alabama Road                    P.O.Box 29505 AZ1-1191                  Mail Code LA4-5555
Roswell, GA 30076-2102                   Phoenix , AZ 85038-9505                 700 Kansas Lane
                                                                                 Monroe, LA 71203-4774

Tiffany Rene Johnson                     Office of the United States Trustee     Azad Panjwani
U.S. Attorney's Office                   362 Richard Russell Building            2167 Huntcrest Way
600 Richard B. Russell Federal Building  75 Ted Turner Drive, SW                 Lawrenceville, GA 30043-8149
75 Ted Turner Drive, SW                  Atlanta, GA 30303-3315
Atlanta, GA 30303-3315

Shamshira Panjwani                       Recovery Management Systems Corporation Thomas H. Rogers Jr.
2167 Huntcrest Way                       25 S.E. 2nd Avenue, Suite 1120          Blasingame, Burch, Garrard, & Ashley, PC
Lawrenceville, GA 30043-8149             Miami, FL 33131-1605                    PO Box 832
                                                                                 Athens, GA 30603-0832
```

| | | |
|---|---|---|
| Lucretia Scruggs<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | TD Retail Card Services<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | United Community Bank<br>558 Industrial Blvd<br>Ellijay, GA 30540-3786 | United Community Bank<br>Melissa J. Davey, Esq<br>2800 Sun Trust Plaza<br>303 Peachtree St, NE<br>Atlanta GA 30308-3201 |
| United States, on behalf of the Internal Rev | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Wells Fargo Visa<br>PO Box 30086<br>Los Angeles, CA 90030-0086 |
| William Edmonds, LLC<br>PO Box 193<br>Watkinsville, GA 30677-0005 | Zahira Master<br>1933 Thomas Point Trace<br>Lawrenceville, GA 30043-5625 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd
Suite 12000
Atlanta, GA 30345

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (d)Synchrony Bank<br>c/o Recovery Management Systems<br>Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (d)Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 |

End of Label Matrix
Mailable recipients     40
Bypassed recipients      3
Total                   43