UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                           CASE: A15-54467-SMS

AZAD PANJWANI                                          CHAPTER 13
SHAMSHIRA PANJWANI

**Debtors**

## Withdrawal of Trustee's Final Report

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and withdraws the final report heretofore filed by the Trustee.

Dated: 8/20/2019

Respectfully submitted,

/s/ Mary Ida Townson
Mary Ida Townson, Attorney
Standing Chapter 13 Trustee
GA Bar No. 715063
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
maryidat@atlch13tt.com

1

A15-54467-SMS

## Certificate of Service

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

AZAD PANJWANI
2167 HUNTCREST WAY
LAWRENCEVILLE, GA 30043

SHAMSHIRA PANJWANI
2167 HUNTCREST WAY
LAWRENCEVILLE, GA 30043

M. DENISE DOTSON, LLC
P.O. BOX 435
AVONDALE ESTATES, GA 30003

Dated: 8/20/2019

Respectfully submitted,

/s/

Mary Ida Townson, Attorney
Standing Chapter 13 Trustee
GA Bar No. 715063
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
maryidat@atlch13tt.com