**IT IS ORDERED as set forth below:**

Date: February 9, 2021

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Azad and Shamshira Panjwani, | : | CASE NO. 15-54467-sma |
| | : | |
| Debtors | : | |

ORDER RESOLVING OBJECTION TO CONFIRMATION AND
SETTING FORTH AMOUNT OF CLAIM TO BE REIMBURSED THROUGH
CONFIRMED PLAN

On June 1, 2015, August 20, 2015, and December 29, 2015 AFB&T, a division of Synovus Bank ("AFB&T") filed an objections to confirmation of the proposed plan filed bty Asad and Shamshira Panjwani ("Debtors"). A consent to Debtors' amended chapter 13 plan filed on March 21, 2016 was filed by AFB&T. Debtors plan was subsequently converted to Chapter 7 and then reconverted to Chapter 13. Debtors are finalizing a revised plan which authorizes a final lump sum payment to the remaining creditors and this order sets forth the amount to be paid pursuant to the plan.

The parties agree that AFB&T has agreed and will accept payments through the plan totaling $40,000.00 in full and final satisfaction of its claim. The Trustee is directed to disburse this amount to AFB&T's proof of claim number 8 irrespective of any contrary provisions of the confirmed Chapter 13 plan.

END OF DOCUMENT

M. DENISE DOTSON, LLC

/s/
M. Denise Dotson
Georgia Bar No. 227230
PO Box 767
Avondale Estates, GA 30002
denise@mddotsonlaw.com
(404) 210-0166


/S/
Thomas H. Rogers
Georgia Bar No. 613437
PO Box 832
Athens, GA 30063
(706_654-4000
thr@bbgbalaw.com
Counsel for AFBT

Order reviewed by:

MARY IDA TOWNSON
CHAPTER 13 TRUSTEE

/s/ K. Edward Safir
K. Edward Safir
Georgia Bar No. 622149
Attorney for Chapter 13 Trustee
285 Peachtree Center Ave., NE
Atlanta, GA 30303

Distribution List

Thomas Rogers
PO Box 832
Athens, GA 30063